UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL EDWARD LOJEWSKI,

    Petitioner,                                          Case No. 21-cv-11723
                                                          Hon. Matthew F. Leitman
v.

JOHN CHRISTIANSEN,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                                                      KINIKIA ESSIX
                                                      CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                          Flint, Michigan
United States District Judge                December 8, 2021